ORIGINAL

1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MARY E. MILIONIS (CSB No. 238827)
    mmilionis@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
6

7   RACHAEL G. SAMBERG (CSB No. 223694)
    rsamberg@fenwick.com
8   FENWICK & WEST LLP
    555 California Street, 12th Floor
9   San Francisco, CA  94104
    Telephone:    (415) 875-2300
10  Facsimile:    (415) 281-1350
11

12  Attorneys for Plaintiff
    INTUIT INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                 SAN JOSE DIVISION

17                                      C07   03613 CRB

18  INTUIT INC.,                        Case No.:
    a Delaware Corporation,
19                                      COMPLAINT FOR TRADEMARK
               Plaintiff,               INFRINGEMENT, TRADEMARK
20                                      DILUTION, FALSE DESIGNATION OF
                                        ORIGIN, UNFAIR COMPETITION, AND
21         vs.                          FALSE AND MISLEADING
                                        STATEMENTS
22  INTUIT BEAUTY, INC., a Nevada
    Corporation,                        DEMAND FOR JURY TRIAL
23
               Defendant.               CERTIFICATION OF INTERESTED
24                                      ENTITIES OR PERSONS
25

26

27

28

    COMPLAINT                           CASE NO. _____

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

E-FILING
ADR   Filed

JUL 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT /
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1    Plaintiff Intuit Inc. ("Intuit" or "Plaintiff") hereby alleges for its claims for relief against

2    Defendant Intuit Beauty, Inc. ("Intuit Beauty, Inc." or "Defendant") on personal knowledge as to

3    its own actions and on information and belief as to the actions of others, as follows:

4                                   **INTRODUCTION**

5         1.      Intuit brings this action for trademark and trade name infringement, trademark

6    dilution, false designation of origin, unfair competition, and false and misleading statements all

7    arising in connection with Defendant's infringing use of the trade name and mark "Intuit Beauty"

8    ("INTUIT BEAUTY") in connection with products and services which facilitate and support the

9    establishment, development, management, and operation of small or home-based businesses, and

10   in connection with cosmetic products.  INTUIT BEAUTY is a trade name and mark that fully

11   incorporates Intuit's name and mark and is confusingly similar to Intuit's INTUIT family of

12   trademarks.  Defendant's use of the infringing name and mark INTUIT BEAUTY is likely to

13   cause consumer confusion as to source, affiliation or sponsorship; is likely to and tends to dilute

14   the distinctive nature of Intuit's famous name and trademarks; and is likely to generate the false

15   belief among consumers that Intuit has sponsored, endorsed, is affiliated with, and supports

16   Defendant; all in violation of Intuit's rights pursuant to the Lanham Act, 15 U.S.C. §§ 1051-1127,

17   California Business and Professions Code §§ 14330, 17200 and 17500 *et seq.*, and the common

18   law.

19                                   **THE PARTIES**

20        2.      Plaintiff Intuit is a corporation organized and existing under the laws of Delaware,

21   is registered to do business in the State of California, and has its principal place of business at

22   2535 Garcia Avenue, Mountain View, California 94043.

23        3.      On information and belief, Defendant Intuit Beauty, Inc. is a corporation organized

24   and existing under the laws of Nevada, is registered to do business in the State of California, and

25   has its principal place of business located at 19051 Goldenwest St. #147, Huntington Beach, CA.

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 15 U.S.C. §§ 1121 (trademarks, trade and corporate names) *et seq.* and 28 U.S.C. §§ 1331 (federal question), 1338 (trademarks and unfair competition), and 1367 (supplemental jurisdiction).

5.      Venue is proper in this district pursuant to 28 U.S.C. §1391(b).  Plaintiff Intuit is headquartered in this district, and a substantial part of the events and injury giving rise to the claims set forth herein occurred in this district.  On information and belief, Defendant is also now selling its infringing branded products and services, and using its infringing name and marks in or into this district.

## INTRADISTRICT ASSIGNMENT

6.      Assignment of this action to the San Jose Division is proper under Civil Local Rules 3-2(c) and 3-2(e), in that a substantial part of the events giving rise to the claims alleged herein occurred in the County of Santa Clara.

## THE INTUIT BRAND, TRADE NAME AND TRADEMARKS

7.      Since 1983, Intuit has provided a growing array of personal and business productivity applications, software, and related products and services — including business management, personal finance, accounting and tax preparation computer software and services — all under and in connection with its famous INTUIT trademark, brand, and name.  Intuit's market-leading software, products, and services help individuals and small businesses with applications such as:  business formation, management and operation; tax preparation and filing; financial management and accounting; online banking; merchant account, transaction and order processing; data management, storage, and hosting; payroll processing; and customer management.

8.      In addition to offering business productivity applications and software, Intuit has also long-provided a wide array of services for small business development and operations.  These services include, among others:  business planning; small business formation; small business incorporation; small business administration; and marketing.  Just by way of example, through Intuit's Quicken® Incorporation and Intuit's MyCorporation services, Intuit offers

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   services for business formation and incorporation; document and certificate filing; financial

2   reporting; corporate kits and certificates; corporate charters, bylaws and resolutions; trademark

3   and copyright applications and filings; and more.  Likewise, through Intuit's JumpUp website,

4   Intuit offers and provides services to help new businesses get up and running quickly and

5   successfully.  Intuit provides such services to assist small businesses with start-up, development,

6   and management and to help them operate.

7       9.      Intuit's successes with small business-related software and services are well

8   documented.  In 2006, *Fortune Magazine* listed Intuit as America's Most Admired Computer

9   Software Company, and ranked Intuit for the 5th consecutive year among the "100 Best

10  Companies to Work For."  Intuit's annual revenue for its fiscal years 2005 and 2006 exceeded $2

11  billion.  Intuit has millions of customers for its industry-leading products.  Intuit's sales and

12  customer relationships span both U.S. and international markets.  Intuit has over 7,000 employees

13  worldwide with over 25 U.S. locations from coast to coast, including Nevada and Southern

14  California, as well as internationally.  Intuit relies on its U.S. and international offices as well as

15  various distribution partners to promote its market-leading products and services and the INTUIT

16  brand across North America and in markets worldwide.

17      10.     Since its inception in 1983, Intuit has spent tens of millions of dollars to market,

18  advertise and otherwise promote the INTUIT brand and trade name and Intuit's software products

19  and services in interstate commerce.  Part of Intuit's marketing and branding efforts include the

20  distribution of clothing and related items that bear the INTUIT name.  The INTUIT brand is also

21  associated with Intuit's extensive charitable and philanthropic activities, both in the communities

22  where it maintains offices and nationwide.

23      11.     Through use and promotion of its famous INTUIT brand, Intuit's computer

24  software, services, and other products have risen to the top.  Intuit's QuickBooks® small-business

25  software and TurboTax® small business and personal tax software, among other software and

26  services, each leads the industry.  Intuit's Quicken® software, the company's first product, has

27  become the tool of choice for millions of people for managing their personal and home-based

28  business finances.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT                              3                    CASE NO. _____

## FAMOUS AND FEDERALLY-REGISTERED "INTUIT" MARKS

12.    INTUIT, the Intuit logo, and Intuit's other INTUIT-based marks, are all registered trademarks and/or registered service marks of Intuit Inc., or one of its subsidiaries, in the United States. Intuit owns the federal trademark registrations and/or common law rights on numerous INTUIT-based marks (collectively, the "INTUIT MARKS"). In fact, Intuit currently owns more than twenty separate U.S. trademark registrations that include the INTUIT mark.

13.    Plaintiff has used its INTUIT name and brand in connection with computer software and related services since 1983. In 1993, Intuit was issued a federal registration on the mark INTUIT for computer software. Plaintiff subsequently obtained a number of federal trademark and service mark registrations for INTUIT-based marks. Plaintiff's federal trademark and service mark registrations include the following marks, among many others:

| Mark | Reg. No. | Filing Date | Description of Goods or Services |
|------|----------|-------------|----------------------------------|
| Intuit | 1,821,148 | May 21, 1993 | computer software for use in the field of personal and business finance and accounting |
| Intuit | 1,944,875 | July 15, 1993 | financial information provided by electronic means |
| Intuit ProConnection | 2,957,901 | October 3, 2002 | business management consultation services for professionals in the fields of accounting, finance, financial planning, tax preparation and tax planning; providing information, advice, and analysis for professionals in the fields of business management; association membership programs for business professionals; providing referrals |
| Intuit | 2,771,349 | November 4, 2002 | providing business services, namely business incorporation services in the nature of preparation and filing of incorporation applications and articles of incorporation for others; administration of employee benefits for others; administration of business payroll and payroll preparation services for others; tax preparation services |
| Intuit | 2,729,121 | November 4, 2002 | online business directories; online ordering services; operating online marketplaces for sellers of goods and services; dissemination of advertising for others via the Internet; association and membership services; arranging and conducting business conferences and trade shows; providing business management information on a wide variety of topics via electronic means |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| Intuit | 2,729,122 | November 4, 2002 | catalogs in the field of finance and accounting, office supplies and desktop software; endorsement and ink stamps; rubber stamps; stationery paper; address and mailing labels; binders; business cards; cards bearing universal greetings |
|---|---|---|---|
| Intuit | 2,771,743 | October 23, 2002 | computer software and hardware for use in transaction processing, accounting, receipt printing, customer relationship management, inventory management and operations management |
| Intuit | 2,729,359 | October 24, 2002 | computer software for use in tax planning, tax preparation and filing; computer software for use in professional tax practice management |
| Intuit | 2,729,119 | October 29, 2002 | computer software for database and data management; computer software used for the electronic exchange of accounting, financial, customer, contact, product and business data; business management software for use in a variety of industries |
| Intuit | 2,763,973 | October 29, 2002 | printing services; offset printing services; stationery printing services; customized printing of company names and logos for promotional and advertising purposes on the goods of others |
| Intuit | 2,729,118 | October 29, 2002 | clothing, namely, t-shirts, jackets, dress shirts, polo shirts, hats and baseball caps |
| Intuit | 3,039,919 | June 5, 2003 | charitable services, namely providing volunteer services to non-profit organizations in a wide variety of fields; providing computer software, business management and financial services, tax preparation and filing services, and training and technical support to non-profit organizations, individuals and small businesses; philanthropic services concerning monetary donations |

These federal registrations are all valid, in force and effect, and constitute evidence of Plaintiff's exclusive right to use the aforementioned marks in connection with the goods and services set forth in the registrations. A true and correct copy of the Certificates of Registration for the registrations listed above are collectively attached hereto as Exhibit 1 and are incorporated herein by reference.

14.    Plaintiff relies on its name "Intuit" and these INTUIT MARKS (collectively, "INTUIT NAME AND MARKS"), *inter alia*, to denote the source of its personal and small business productivity software and services; small business formation, development, and

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   operation; financial and tax preparation software and services; data management and hosting

2   services; hardware peripherals; products for office and personal use; and related offerings, goods,

3   and services for small businesses, accountants and individuals.  The INTUIT NAME AND

4   MARKS have been promoted extensively and enjoy widespread recognition and fame.

5          15.     As a consequence of Intuit's extensive sales, marketing, and advertising in

6   interstate commerce, the INTUIT NAME AND MARKS have become well-known among the

7   general consuming public as identifying designations for Intuit's products and services.  Intuit

8   has, at great expense and effort, developed tremendous goodwill, recognition and fame in the

9   INTUIT NAME AND MARKS.  As a result, the INTUIT NAME AND MARKS have become

10  famous and valuable assets of Plaintiff, and principal symbols of its extensive goodwill.

11                  **DEFENDANT'S INFRINGING NAME AND MARK**

12         16.     Defendant offers products and services that are confusingly similar to those

13  offered and provided by Intuit – all offered and sold by Defendant under the infringing INTUIT

14  BEAUTY name and mark ("INFRINGING NAME AND MARK").

15         17.     Defendant offers cosmetic, body, and skincare products under the INFRINGING

16  NAME AND MARK, which encompasses the INTUIT NAME AND MARK in its entirety.

17  Consumers may mistake the source of Defendant's products as being affiliated with or a business

18  sub-division of Intuit, which offers various products and goods such as clothing and accessory

19  lines.

20         18.     Upon information and belief, Defendant also offers business services for

21  individuals to form, develop, manage, and operate small or home businesses.  On further

22  information and belief, Defendant's services include, among other things, provision of business

23  development kits (including a DVD), along with training and support to consumers to create and

24  operate small businesses.  Defendant also advertises that its products and services will provide

25  individuals "with everything you need to start your very own business (including a business

26  starter kit and your very own customized website), we'll also give you unsurpassed training

27  …and help you really grow your business… and we're here to support you every step of the

28  way."

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

19.     Defendant's services and products bearing or marketed under the INFRINGING NAME AND MARK also travel through or are likely to travel through the same channels of interstate commerce as the services, software, and products bearing and marketed under the INTUIT NAME AND MARKS, including (as examples) through internet advertising and sales, and small business development and franchising channels.  Defendant also uses the INFRINGING NAME AND MARK on websites such as www.intuitbeauty.com.  On information and belief, as part of the business services provided by Defendant, Defendant also establishes for would-be small business owners additional websites that incorporate the INFRINGING NAME AND MARK.  For many years, Intuit has advertised and offered its own business-related services, computer software, and products bearing the famous INTUIT NAME AND MARKS on the Intuit websites, including at www.intuit.com, www.jumpup.intuit.com, www.quicken.com, www.quickbooks.com, www.mycorporation.com, and predecessor URL addresses, among others.

20.     On information and belief, Defendant also provides and promotes its products and services – both domestically and internationally – in connection with charitable or philanthropic organizations and causes.  Intuit also provides and promotes its products and services in similar channels and philanthropic sectors, and holds a federal trademark registration for the INTUIT mark pertaining to such charitable services.

21.     On information and belief, Defendant has taken these acts more than two decades after Intuit's first uses of the famous Intuit brand and the INTUIT NAME AND MARKS.  The INFRINGING NAME AND MARK poses a threat to Intuit's famous brand and the INTUIT NAME AND MARKS.  Defendant's use of the name and mark INTUIT BEAUTY, which fully incorporates the INTUIT NAME AND MARK, is likely to cause confusion among potential customers and others as to the source of Defendant's goods and services, or as to the sponsorship, affiliation, or other relationship between Defendant and Intuit.  By way of example, Defendant markets its business start-up, operations, order and sales tracking products, services and support to the very same small businesses and home business consumers to whom Intuit markets its QuickBooks®, TurboTax® or Quicken® and other software and related services, and Defendant's customers may use Intuit's software and services in running their INTUIT BEAUTY

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   small businesses.  Defendant's use of the INFRINGING NAME AND MARK lessens the

2   capacity of the famous INTUIT NAME AND MARKS to identify and distinguish Intuit's goods

3   and services, and is likely to (and does) dilute Intuit's famous marks.

4       22.    Defendant has never been authorized to use the INTUIT NAME AND MARKS;

5   Defendant is not associated or affiliated with Intuit; Intuit does not sponsor Defendant;  Intuit is

6   not the source of Defendant's products or services;  Defendant is not authorized to use any of the

7   INTUIT MARKS as a business name, or in connection with Defendant's services;  and Intuit has

8   no power over the nature or quality of the products or services offered by Defendant  As such,

9   Defendant's use of the infringing INTUIT BEAUTY trade name and mark, including the

10  aforementioned use on Defendant's website, is likely to cause consumers to falsely believe that

11  Intuit is affiliated with and supports Defendant, and that Defendant and Intuit are associated or

12  affiliated with each other.

13      23.    This likely consumer confusion is likely to cause consumers to be misled and

14  deceived, and dilutes Intuit's famous marks, which Intuit has taken extensive measures to develop

15  and protect.

### FIRST CLAIM FOR RELIEF
**(Infringement of Federally Registered Trademarks and Service Marks)**
[15 U.S.C. § 1114]

16

17

18      24.    Plaintiff realleges and incorporates paragraphs 1-23 above into this Claim for

19  Relief as if set forth herein.

20      25.    Plaintiff has used its federally registered INTUIT-based trade name, trademarks

21  and service marks in connection with, among other things:  small business services, including

22  services for the creation, formation, management, development, and operation of small

23  businesses; small business solutions software; computer software; and related products and

24  services for small businesses, accountants and individuals.  Plaintiff has used its federally

25  registered INTUIT-based trade name, trademarks and service marks for many years before

26  Defendant's first use of the INFRINGING NAME AND MARK.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    26.    On information and belief, Defendant uses the INFRINGING NAME AND

2    MARK in connection with, among other things, business services to assist individuals in creating,

3    forming, managing, developing, and operating small businesses, and in connection with cosmetic

4    products. These services and products are offered, sold and marketed through the same channels

5    as are products and services bearing or sold under the INTUIT NAME AND MARKS. The

6    INFRINGING NAME AND MARK is so similar to Plaintiff's name and federally registered

7    marks – and, in fact, fully incorporates Plaintiff's name and federally registered marks – as to be

8    likely to cause confusion, mistake and deception among purchasers and users as to the source and

9    origin of the services, thereby causing loss, damage and injury to Plaintiff and to the purchasing

10    public.

11    27.    On information and belief, Defendant knew or by the exercise of reasonable care

12    should have known that its adoption, commencement of use in commerce, and continuing use of

13    the INFRINGING NAME AND MARK in connection with cosmetic products and small business

14    products and services to assist individuals in forming, developing and managing businesses,

15    would cause confusion, mistake, or deception among purchasers, users and the public.

16    28.    On information and belief, Defendant knew or by the exercise of reasonable care

17    should have known of Plaintiff's prior use of the INTUIT NAME AND MARKS; and, by

18    adopting, commencing use, and continuing use of the INFRINGING NAME AND MARK,

19    Defendant intended to and did induce and intends to and will induce customers to purchase its

20    products and services by trading off the extensive goodwill built by Plaintiff in its federally

21    registered marks.

22    29.    The foregoing actions by Defendant violates Plaintiff's rights under Section 32 of

23    the Lanham Act, 15 U.S.C. § 1114, and, on information and belief, have been knowing,

24    deliberate, willful, intended to cause confusion or mistake, or to deceive, and in disregard of

25    Plaintiff's rights.

26    30.    Defendant's wrongful acts, as alleged above, have permitted or will permit them to

27    make substantial sales and profits on the strength of Plaintiff's nationwide and international

28    advertising, promotion, sales and consumer recognition.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT                                9                    CASE NO. _____

31.    As a direct and proximate cause of Defendant's wrongful conduct, as alleged above, Plaintiff has been and will be deprived of substantial sales of its sales in an amount as yet unknown but to be proved at trial, and has been and will be deprived of the value of its federally registered marks as commercial assets in an amount as yet unknown but to be determined at trial.

32.    Plaintiff has no adequate remedy at law for, and is being irreparably harmed by, Defendant's continuing violation of its rights as set forth above.  On information and belief, such violation will continue unless Defendant is enjoined by this Court.

## SECOND CLAIM FOR RELIEF
### (Dilution in Violation of Federal Law)
[15 U.S.C. § 1125(c)]

33.    Plaintiff realleges and incorporates paragraphs 1-23 above into this Claim for Relief as if set forth herein.

34.    The INTUIT NAME AND MARKS are famous and distinctive, both inherently and through acquired distinctiveness, and are entitled to protection against dilution.  The INTUIT NAME AND MARKS are widely recognized by the general consuming public as a designation of the source of goods and services from Intuit.

35.    Defendant commenced use of the INFRINGING NAME AND MARK after the INTUIT NAME AND MARKS had become famous and distinctive.

36.    Defendant's use of the INFRINGING NAME AND MARK in commerce causes or is likely to cause an association arising from the similarity of the INFRINGING NAME AND MARK and the INTUIT NAME AND MARKS that impairs the distinctiveness of the famous INTUIT NAME AND MARKS and causes a dilution of the distinctive quality of the famous INTUIT NAME AND MARKS in violation of 15 U.S.C. § 1125(c).

37.    On information and belief, the foregoing conduct by Defendant has been knowing, deliberate, willful, intended to cause confusion or dilution, and in disregard of Plaintiff's rights.

38.    As a direct and proximate cause of Defendant's wrongful conduct, as alleged above, Intuit has been and will be deprived of substantial sales of its products and services in an amount as yet unknown but to be proved at trial, and has been and will be deprived of the value of

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  its federally registered name and marks as commercial assets in an amount as yet unknown but to

2  be determined at trial.

3      39.    Plaintiff has no adequate remedy at law for, and is being irreparably harmed by,

4  Defendant's continuing violation of its rights as set forth above.  On information and belief, such

5  harm will continue unless Defendant is enjoined by this Court.

6  **THIRD CLAIM FOR RELIEF**
   **(False Designation of Origin)**

7  [15 U.S.C. § 1125]

8      40.    Plaintiff realleges and incorporates paragraphs 1-23 above into this Claim for

9  Relief as if set forth herein.

10     41.    Defendant's conduct, as averred above, is likely to cause confusion, mistake, and

11  deception among consumers and the public as to the source, origin, sponsorship, or quality of its

12  products and services, and is likely to confuse or mislead the public into believing that Defendant

13  is the source or sponsor of Plaintiff's products and services, thereby causing loss, damage and

14  injury to Plaintiff and the purchasing public.  Defendant knew, or by the exercise of reasonable

15  care should have known, that its conduct was likely to so mislead the public.

16     42.    On information and belief, the foregoing conduct by Defendant has been knowing,

17  deliberate, willful, intended to cause confusion or mistake, or to deceive, and in disregard of

18  Plaintiff's rights.

19     43.    By its use of the INFRINGING NAME AND MARK in connection with its

20  products and services, Defendant has engaged in acts constituting false designation of origin and

21  unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

22     44.    Defendant's wrongful acts, as alleged above, have permitted or will permit them to

23  make substantial sales and profits on the strength of Plaintiff's nationwide and international

24  marketing, advertising, sales, and consumer recognition.

25     45.    As a direct and proximate result of Defendant's wrongful conduct, as alleged

26  above, Plaintiff has been and will be deprived of substantial sales in an amount as yet unknown

27  but to be proved at trial, and has been and will be deprived of the value of its INTUIT NAME

28  AND MARKS as commercial assets in an amount as yet unknown but to be determined at trial.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT                           11                    CASE NO. _____

1    46.    Plaintiff has no adequate remedy at law for, and is being irreparably harmed by,

2  Defendant's continuing violation of its rights as set forth above.  On information and belief, such

3  violation will continue unless Defendant is enjoined by this Court.

**FOURTH CLAIM FOR RELIEF**
**(Unfair Competition)**
[Cal. Bus. and Prof. Code §§ 17200 *et seq.*]

6    47.    Plaintiff realleges and incorporates paragraphs 1-23  alleged above into this Claim

7  for Relief as if set forth herein.

8    48.    By advertising and using the INFRINGING NAME AND MARK, Defendant has

9  engaged in unfair competition, including unlawful, unfair and fraudulent business practices and

10  unfair, deceptive, untrue and misleading advertising in violation of Intuit's rights and in violation

11  of California Business and Professions Code sections 17200, *et seq.*

12    49.    Defendant's use of the INFRINGING NAME AND MARK is in violation and

13  derogation of Intuit's rights and is likely to cause confusion, mistake, and deception among

14  consumers and the public as to the source, origin, sponsorship, or quality of Defendant's goods

15  and services, thereby causing loss, damage and injury to Intuit and to the purchasing public.  On

16  information and belief, Defendant knew or should have known that its conduct was likely to

17  mislead the public.

18    50.    The foregoing actions of Defendant violate Intuit's rights under California

19  Business & Professions Code sections 17200 *et seq.* and, on information and belief, have been

20  knowing, deliberate, willful, intended to cause mistake and to deceive, and in disregard of

21  Plaintiff's rights.

22    51.    Defendant's wrongful acts, as alleged above, have permitted or will permit them to

23  make substantial sales and profits on the strength of Plaintiff's nationwide and international

24  marketing, advertising, sales, and consumer recognition.  As a direct and proximate result of

25  Defendant's unfair competition in violation of California Business and Professions Code sections

26  17200 *et seq.*, Defendant has been unjustly enriched in an amount not yet ascertained.

27  Accordingly, Intuit is entitled to recover restitution for Defendant's unjust enrichment in an

28  amount to be determined at trial.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

52.    As a direct and proximate result of Defendant's unfair competition in violation of California Business and Professions Code sections 17200 *et seq*, Plaintiff has suffered and will continue to suffer great and irreparable harm.

53.    Plaintiff has no adequate remedy at law for Defendant's continuing violations of its rights as set forth above.  On information and belief, such violations will continue unless Defendant is enjoined by this Court.

### FIFTH CLAIM FOR RELIEF
### (False & Misleading Statements)
[Cal. Bus. and Prof. Code § 17500 *et seq.*]

54.    Plaintiff realleges and incorporates paragraphs 1-23 alleged above into this Claim for Relief as if set forth herein.

55.    By advertising and using the INFRINGING NAME AND MARK in connection with Defendant's products and services as set forth above, Defendant has made false and misleading statements which were and are known or which, by the exercise of reasonable care, should have been known to Defendant to be false and misleading in violation of California Business and Professions Code sections 17500 *et seq*.

56.    Defendant's use of the INFRINGING NAME AND MARK is in violation and derogation of Intuit's rights and is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, or quality of Defendant's goods and services, thereby causing loss, damage and injury to Intuit and to the purchasing public.  On information and belief, Defendant knew or should have known that its conduct was likely to mislead the public.

57.    The foregoing actions of Defendant violate Intuit's rights under California Business & Professions Code sections 17500 *et seq*. and, on information and belief, have been knowing, deliberate, willful, intended to cause mistake and to deceive, and in disregard of Plaintiff's rights.

58.    Defendant's wrongful acts, as alleged above, have permitted or will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide and international marketing, advertising, sales, and consumer recognition.  As a direct and proximate result of

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Defendant's false and misleading statements in violation of California Business and Professions

2    Code sections 17500 *et seq.*, Defendant has been unjustly enriched in an amount not yet

3    ascertained.  Accordingly, Intuit is entitled to recover restitution for Defendant's unjust

4    enrichment in an amount to be determined at trial.

5          59.     As a direct and proximate result of Defendant's false and misleading statements in

6    violation of California Business and Professions Code sections 17500 *et seq*, Plaintiff has

7    suffered and will continue to suffer great and irreparable harm.

8          60.     Plaintiff has no adequate remedy at law for Defendant's continuing violations of

9    its rights as set forth above.  On information and belief, such violations will continue unless

10   Defendant is enjoined by this Court.

11                              **SIXTH CLAIM FOR RELIEF**

12                    **(Dilution in Violation of California Law)**
                     [Cal. Bus. and Prof. Code § 14330]

13         61.     Plaintiff realleges and incorporates paragraphs 1-23  alleged above into this Claim

14   for Relief as if set forth herein.

15         62.     Defendant, by use of the INFRINGING NAME AND MARK, has injured and will

16   continue to injure Intuit's business reputation, and has diluted and will continue to dilute the

17   distinctive quality of the INTUIT NAME AND MARKS in violation of California Business and

18   Professions Code section 14330.

19         63.     As a direct and proximate result of Defendant's dilution in violation of California

20   Business and Professions Code sections 14330, Plaintiff has suffered and will continue to suffer

21   great and irreparable harm.

22         64.     Plaintiff has no adequate remedy at law for Defendant's continuing violations of

23   its rights as set forth above.  On information and belief, such violations will continue unless

24   Defendant is enjoined by this Court.

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1
2

# SEVENTH CLAIM FOR RELIEF
## (Common Law Unfair Competition)

3      65.    Plaintiff realleges and incorporates paragraphs 1-23 above into this Claim for

4  Relief as if set forth herein.

5      66.    In addition to its rights under the Lanham Act as set forth above, Plaintiff has, with

6  respect to its products and services, valid common law rights in the INTUIT NAME AND

7  MARKS.

8      67.    Defendant's use of the INFRINGING NAME AND MARK is in violation and

9  derogation of Plaintiff's common law rights and is likely to cause confusion, mistake and

10  deception among consumers and the public as to the source, origin, sponsorship, or quality of

11  Defendant's goods and services, thereby causing loss, damages and injury to Plaintiff and to the

12  purchasing public.  Defendant knew, or in the exercise of reasonable care should have known,

13  that its conduct was likely to mislead the public.

14      68.    The foregoing actions of Defendant violate Intuit's rights under the common law

15  and, on information and belief, have been knowing, deliberate, willful, intended to cause mistake

16  and to deceive, and in disregard of Plaintiff's rights under the common law.

17      69.    Defendant's wrongful acts, as alleged above, have permitted or will permit them to

18  make substantial sales and profits on the strength of Plaintiff's nationwide and international

19  marketing, advertising, sales, and consumer recognition.  As a direct and proximate result of

20  Defendant's unfair competition in violation of the common law, Defendant has been unjustly

21  enriched in an amount not yet ascertained.  Accordingly, Intuit is entitled to recover restitution for

22  Defendant's unjust enrichment in an amount to be determined at trial.

23      70.    By engaging in such actions, Defendant has been guilty of fraud, oppression,

24  malice, and other despicable conduct, thereby entitling Plaintiff to an award of exemplary and

25  punitive damages.

26      71.    As a direct and proximate result of Defendant's unfair competition in violation of

27  the common law, Plaintiff has suffered and will continue to suffer great and irreparable harm.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    72.    Plaintiff has no adequate remedy at law for Defendant's continuing violation of its

2    rights as set forth above.  On information and belief, such violation will continue unless

3    Defendant is enjoined by this Court.

4

### PRAYER FOR RELIEF

5    WHERFORE, Intuit prays for judgment against Defendant as follows:

6    1.    Defendant and Defendant's officers, agents, servant, employees, attorneys, and all

7    others in active concert or in participation with Defendant, or who receive actual notice of the

8    injunction, to be permanently enjoined from using INTUIT BEAUTY, or any colorable imitation

9    thereof, or any of the INTUIT NAME AND MARKS, as a service mark, trademark or trade

10   name, or as a portion of a service mark, trademark or trade name;

11   2.    Intuit be awarded up to three times its damages caused by Defendant's unlawful

12   conduct as proven at trial;

13   3.    Intuit be awarded up to three times the amount of profit unjustly received by

14   Defendant as a result of its unlawful conduct as proven at trial, and that Defendant be otherwise

15   ordered to disgorge its profits unjustly received as a result of its unlawful conduct;

16   5.    Intuit be awarded exemplary and punitive damages;

17   6.    Intuit be awarded its reasonably attorneys' fees and costs; and

18   7.    Intuit be awarded such other relief as the Court deems just and proper.

19   Dated:  July 11, 2007                    FENWICK & WEST LLP

20

21                                           By:    _____

22                                                  Rodger R. Cole

23                                           Attorneys for Plaintiff INTUIT INC.

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## DEMAND FOR JURY TRIAL

2          Plaintiff hereby demands a trial by jury on all claims.

3    Dated:  July 11, 2007                        FENWICK & WEST LLP

4

5                                                 By:  _____

6                                                      Rodger R. Cole

7                                                 Attorneys for Plaintiff INTUIT INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

---

COMPLAINT                          17                    CASE NO. _____

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  July 11, 2007

FENWICK & WEST LLP

By: _____
                    Rodger R. Cole

Attorneys for Plaintiff INTUIT INC.

16319/00072/SF/5204826.8

COMPLAINT                                    18                          CASE NO. _____

# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,821,148
Registered Feb. 15, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
155 LINFIELD AVENUE
MENLO PARK, CA 94025

FOR: COMPUTER SOFTWARE FOR USE IN
THE FIELD OF PERSONAL AND BUSINESS
FINANCE AND ACCOUNTING AND USER
MANUALS FOR USE THEREWITH ALL SOLD
AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 1-27-1984; IN COMMERCE
2-17-1984.

SER. NO. 74-394,100; FILED 5-21-1993.

GERALD C. SEEGARS, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cl.: 102

# United States Patent and Trademark Office

Reg. No. 1,944,875
Registered Jan. 2, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
155 LINFIELD AVENUE
MENLO PARK, CA 94025

FOR: FINANCIAL INFORMATION PROVID-
ED BY ELECTRONIC MEANS, IN CLASS 36
(U.S. CL. 102).

FIRST USE 11–4–1992; IN COMMERCE
11–4–1992.

SER. NO. 74–412,843, FILED 7–15–1993.

GERALD C. SEEGARS, EXAMINING ATTOR-
NEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,957,901
Registered May 31, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

## INTUIT PROCONNECTION

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

    FOR: PROVIDING BUSINESS MANAGEMENT CONSULTATION SERVICES FOR PROFESSIONALS IN THE FIELDS OF ACCOUNTING, FINANCE, FINANCIAL PLANNING, TAX PREPARATION AND TAX PLANNING VIA COMPUTER AND COMMUNICATIONS NETWORKS; PROVIDING INFORMATION, ADVICE, AND ANALYSIS FOR PROFESSIONALS IN THE FIELDS OF BUSINESS MANAGEMENT VIA COMPUTER AND COMMUNICATIONS NETWORKS; ASSOCIATION MEMBERSHIP PROGRAMS FOR BUSINESS PROFESSIONALS, NAMELY, PROMOTING THE INTERESTS OF BUSINESS CONSULTANTS, ACCOUNTING PROFESSIONALS, TAX PROFESSIONALS, AND FINANCIAL PROFESSIONALS; PROVIDING REFERRALS, NAMELY, BUSINESS CONSULTANT, ACCOUNTING PROFESSIONAL,

AND TAX PROFESSIONAL REFERRALS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

    FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

    FOR: FINANCIAL ANALYSIS AND CONSULTATION, NAMELY, PROVIDING INFORMATION, ADVICE, AND ANALYSIS, FOR PROFESSIONALS IN THE FIELDS OF ACCOUNTING, FINANCE, FINANCIAL PLANNING, TAX PREPARATION AND TAX PLANNING INFORMATION VIA COMPUTER AND COMMUNICATIONS NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

    FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

    SN 78-170,865, FILED 10-3-2002.

ROBIN CHOSID, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,771,349
Registered Oct. 7, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: ADMINISTRATION OF BUSINESS PAY-
ROLL AND PAYROLL PREPARATION SERVICES
FOR OTHERS; TAX PREPARATION SERVICES;
FILING OF TAX ASSESSMENTS; PROMOTING
PUBLIC AWARENESS OF TAX PREPARATION
AND FILING SERVICES FOR OTHERS; BUSINESS
INVOICING SERVICES; PROVIDING BUSINESS
SERVICES, NAMELY BUSINESS INCORPORATION
SERVICES IN THE NATURE OF PREPARATION
AND FILING OF INCORPORATION APPLICA-
TIONS AND ARTICLES OF INCORPORATION
FOR OTHERS, IN CLASS 35 (U.S. CLS. 100, 101
AND 102).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

FOR: ADMINISTRATION OF EMPLOYEE BENE-
FITS FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 3-30-2001; IN COMMERCE 3-30-2001.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,875,
AND 1,944,876.

SER. NO. 76-464,191, FILED 11-4-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,729,121
Registered June 24, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: ONLINE BUSINESS DIRECTORIES FEA-TURING FINANCIAL ADVISORS, ACCOUNTANTS, BOOKKEEPERS AND THIRD-PARTY VENDORS; ONLINE ORDERING SERVICES IN THE FIELD OF FINANCIAL AND ACCOUNTING PRODUCTS AND SERVICES; OPERATING ONLINE MARKETPLA-CES FOR SELLERS OF GOODS AND SERVICES; DISSEMINATION OF ADVERTISING FOR OTHERS VIA THE INTERNET; ASSOCIATION AND MEM-BERSHIP SERVICES, NAMELY PROMOTING THE INTERESTS OF, AND PROVIDING BUSINESS RE-FERRAL, MARKETING AND BUSINESS MANAGE-MENT SERVICES TO MEMBER ACCOUNTING AND BUSINESS MANAGEMENT PROFESSIONALS; ARRANGING AND CONDUCTING BUSINESS CONFERENCES AND TRADE SHOWS IN THE FIELDS OF FINANCE, PAYROLL AND TAX PRE-PARATION AND PROCESSING, ACCOUNTING AND BUSINESS MANAGEMENT; PROVIDING BUSINESS MANAGEMENT INFORMATION ON A WIDE VARIETY OF TOPICS VIA ELECTRONIC MEANS; ASSOCIATION AND MEMBERSHIP SER-VICES, NAMELY PROMOTING THE INTERESTS OF, AND PROVIDING BUSINESS REFERRAL, MARKETING AND TECHNICAL ASSISTANCE TO MEMBER SOFTWARE DEVELOPERS; ONLINE DI-RECTORIES FEATURING SOFTWARE DEVELO-PERS; ARRANGING AND CONDUCTING BUSINESS CONFERENCES AND TRADE SHOWS IN THE FIELD OF SOFTWARE DEVELOPMENT; DATABASE MANAGEMENT SERVICES BY ELEC-TRONIC MEANS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876 AND OTHERS.

SER. NO. 76-464,189, FILED 11-4-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,729,122

## United States Patent and Trademark Office

Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: CATALOGS IN THE FIELD OF FINANCE AND ACCOUNTING, OFFICE SUPPLIES AND DESKTOP SOFTWARE; ENDORSEMENT AND INK STAMPS; RUBBER STAMPS; STATIONERY PAPER; ADDRESS AND MAILING LABELS; BINDERS; PLASTIC BAGS FOR MAKING BANK DEPOSITS; BUSINESS CARDS; CARDS BEARING UNIVERSAL GREETINGS; CHECK HOLDERS; FILE BOXES FOR STORAGE OF BUSINESS AND PERSONAL CHECKS AND RECORDS; TAX FORMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876 AND OTHERS.

SER. NO. 76-464,192, FILED 11-4-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,771,743
Registered Oct. 7, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE AND HARD-WARE FOR USE IN TRANSACTION PROCESSING, ACCOUNTING, RECEIPT PRINTING, CUSTOMER RELATIONSHIP MANAGEMENT, INVENTORY MANAGEMENT AND OPERATIONS MANAGE-MENT, ALL IN THE FIELD OF POINT OF SALE TRANSACTIONS AND RETAIL MANAGEMENT, AND USER MANUALS SOLD AS A UNIT THERE-WITH; CASH DRAWERS; COMPUTER PRINTERS; POINT OF SALE PRINTERS AND TERMINALS; CREDIT CARD AND DEBIT CARD READERS AND SCANNERS; BAR CODE READERS AND SCANNERS; CREDIT CARD AND TRANSACTION PROCESSING TERMINALS AND COMPUTER HARDWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2002; IN COMMERCE 5-0-2002.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876 AND OTHERS.

SER. NO. 78-177,491, FILED 10-23-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,729,359
Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR USE IN TAX PLANNING, TAX PREPARATION AND FILING; COMPUTER SOFTWARE FOR USE IN PROFESSIONAL TAX PRACTICE MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876 AND OTHERS.

SER. NO. 78-178,237, FILED 10-24-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,729,119
Registered June 24, 2003

### TRADEMARK
### PRINCIPAL REGISTER

# INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR DATABASE AND DATA MANAGEMENT, NAMELY, COMPUTER SOFTWARE FOR INVENTORY MANAGEMENT, ESTIMATING, JOB COSTING, EMPLOYEE TIME TRACKING, CUSTOMER RELATIONSHIP MANAGEMENT, BUSINESS OPERATIONS MANAGEMENT AND PROJECT MANAGEMENT AND INSTRUCTIONAL MANUALS SOLD AS A UNIT; COMPUTER SOFTWARE USED FOR THE ELECTRONIC EXCHANGE OF ACCOUNTING, FINANCIAL, CUSTOMER, CONTACT, PRODUCT AND BUSINESS DATA; BUSINESS MANAGEMENT SOFTWARE FOR USE IN A VARIETY OF INDUSTRIES, NAMELY REAL ESTATE AND PROPERTY MANAGEMENT, AUTOMOTIVE SERVICE AND REPAIR MANAGEMENT, CONSTRUCTION MAN-

AGEMENT, HEALTH CARE PRACTICE MANAGEMENT, LAW FIRM MANAGEMENT, NON-PROFIT AND PUBLIC SECTOR ORGANIZATION MANAGEMENT, RETAIL AND RESTAURANT MANAGEMENT, AND TRAVEL SERVICES MANAGEMENT AND INSTRUCTIONAL MANUALS SOLD AS A UNIT; COMPUTER SOFTWARE FOR USE IN DISTRIBUTING, INSTALLING AND UPDATING OTHER APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-1992; IN COMMERCE 2-0-1992.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876 AND OTHERS.

SER. NO. 76-462,271, FILED 10-29-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cl.: 40

Prior U.S. Cls.: 100, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,763,973
Registered Sep. 16, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

# INTUIT

INTUIT INC. (DELAWARE CORPORATION)
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: PRINTING SERVICES; OFFSET PRINTING
SERVICES; STATIONERY PRINTING SERVICES;
CUSTOMIZED PRINTING OF COMPANY NAMES
AND LOGOS FOR PROMOTIONAL AND ADVER-
TISING PURPOSES ON THE GOODS OF OTHERS,
IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-1984; IN COMMERCE 2-0-1984.

OWNER OF U.S. REG. NOS. 1,840,504, 1,944,876
AND OTHERS.

SER. NO. 76-462,269, FILED 10-29-2002.

CHERYL CLAYTON, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,039,919
Registered Jan. 10, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## INTUIT

INTUIT INC. (DELAWARE CORPORATION)
MS 2700
2535 GARCIA AVENUE
MOUNTAIN VIEW, CA 94043

FOR: CHARITABLE SERVICES, NAMELY PRO-
VIDING VOLUNTEER SERVICES TO NON-PROFIT
ORGANIZATIONS IN A WIDE VARIETY OF
FIELDS; PROVIDING COMPUTER SOFTWARE,
BUSINESS MANAGEMENT AND FINANCIAL SER-
VICES, TAX PREPARATION AND FILING SERVI-
CES, AND TRAINING AND TECHNICAL SUPPORT
TO NON-PROFIT ORGANIZATIONS, INDIVI-
DUALS AND SMALL BUSINESSES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1995; IN COMMERCE 10-0-1995.

FOR: PHILANTHROPIC SERVICES CONCERN-
ING MONETARY DONATIONS, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 10-0-1995; IN COMMERCE 10-0-1995.

OWNER OF U.S. REG. NOS. 1,821,148, 1,840,504,
AND 1,944,875.

SER. NO. 78-259,007, FILED 6-5-2003.

CAROLYN GRAY, EXAMINING ATTORNEY