UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADR E-FILING**

Intuit Inc.,
a Delaware Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.

Intuit Beauty, Inc.,
a Nevada Corporation

**C07 03613 CRB**

TO: (Name and address of defendant)
INTUIT BEAUTY, INC.
Attention Registered Agent:
James C. Chapman
25 Metro Drive; Suite 600
San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rodger R. Cole (CSB No. 178865)
Fenwick & West LLP
Silicon Valley Center
801 California St.
Mountain View, CA 94041
Tel: 650.988.8500
Fax: 650.938.5200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 12 2007

*(signature)*
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                      Date                                  Signature of Server

                                                            _____
                                                            Address of Server

(1) As to who may serve a summons see Rule 4 of th    eral Rules of Civil Procedure.