| Attorney Or Party Without Attorney (Name and Address) | Telephone: (650) 988-8500 | FOR COURT USE ONLY |
|---|---|---|
| FENWICK AND WEST LLP<br>801 California St.<br>Mountain View, CA 94041-2008 | | |
| Attorneys for: | Ref. No. Or File No.<br>345605 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT -SAN JOSE<br>FEDERAL COURT | | |
| Plaintiff:<br>INTUIT INC | | |
| Defendant:<br>INTUIT BEAUTY | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07 03613 CRB |
|---|---|---|---|---|

I, John T. Brennan, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE US DISTRICT COURT;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | INTUIT BEAUTY INC |
|---|---|---|
| By Serving | : | JANE "DOE", PERSON IN CHARGE (DESC. AS 25 YR. OLD WHITE FEMALE, 5', 125 LBS., BLACK HAIR) |
| Address | : | 25 METRO DR #600 , San Jose, CA 95110 |
| Date & Time | : | Thursday, July 12, 2007 @ 5:00 pm |
| Witness fees were | : | Not applicable. |

Person serving:
John T. Brennan
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800     Fax 408-295-6895

a. Fee for service: $102.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 395
   (3) County: Santa Clara
   (4) Expires: 4/20/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 19, 2007                                Signature: _____
                                                              John T. Brennan


Printed on recycled paper