(SPACE BELOW FOR FILING STAMP ONLY)

1  MARK A. CAMPBELL (SB# 93595)
   TIFFANY P. SCARBOROUGH (SB# 180981)
2  MURPHY, CAMPBELL, GUTHRIE & ALLISTON
   3640 American River Drive, Suite 150
3  Sacramento, CA 95864

4  Telephone: (916) 484-3501
   Fax: (916) 484-3511

5  Attorneys for Defendant
   Intuit Beauty, Inc.
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>Defendant. | Case No. C07 03613 CRB<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME FOR DEFENDANT INTUIT BEAUTY, INC. TO RESPOND TO PLAINTIFF INTUIT INC.'S COMPLAINT** |

It is hereby stipulated by and between the parties that Defendant Intuit Beauty, Inc.'s time in which to respond to Plaintiff's complaint has been extended. Intuit Beauty, Inc.'s responsive pleading will now be due on August 20, 2007.

It is further agreed that a fax or electronic signature shall be considered an original for purposes of this stipulation.

///
///
///
///
///

- 1 -
STIPULATION OF THE PARTIES TO EXTEND TIME FOR DEFENDANT INTUIT BEAUTY, INC. TO RESPOND TO PLAINTIFF INTUIT INC.'S COMPLAINT

IT IS SO STIPULATED.

DATED: July 31, 2007         MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: *[signature]*
Tiffany P. Scarborough
Attorney for Intuit Beauty, Inc.

DATED: July 31, 2007         FENWICK & WEST

By: _____
Rodger Cole
Attorney for Intuit Inc.