(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
TIFFANY P. SCARBOROUGH (SB# 180981)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA 95864

Telephone: (916) 484-3501
Fax: (916) 484-3511

Attorneys for Defendant
Intuit Beauty, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>Defendant. | Case No. C07 03613 CRB<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME FOR DEFENDANT INTUIT BEAUTY, INC. TO RESPOND TO PLAINTIFF INTUIT INC.'S COMPLAINT** |

It is hereby stipulated by and between the parties that Defendant Intuit Beauty, Inc.'s time in which to respond to Plaintiff's complaint has been extended. Intuit Beauty, Inc.'s responsive pleading will now be due on August 20, 2007.

It is further agreed that a fax or electronic signature shall be considered an original for purposes of this stipulation.

///

///

///

///

///

1  IT IS SO STIPULATED.

3  DATED: July 31, 2007                    MURPHY, CAMPBELL, GUTHRIE & ALLISTON

5  By: _____
       Tiffany P. Scarborough
       Attorney for Intuit Beauty, Inc.

11  DATED: July 31, 2007                   FENWICK & WEST

13  By: _____
       Rodger Cole
       Attorney for Intuit Inc.

August 3, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF THE PARTIES TO EXTEND TIME FOR DEFENDANT INTUIT BEAUTY, INC. TO RESPOND TO PLAINTIFF INTUIT INC.'S COMPLAINT