(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
TIFFANY P. SCARBOROUGH (SB# 180981)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA 95864

Telephone: (916) 484-3501
Fax: (916) 484-3511

Attorneys for Defendant
Intuit Beauty, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>Defendant. | Case No. C07 03613 CRB<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME FOR PLAINTIFF INTUIT INC. TO RESPOND TO DEFENDANT INTUIT BEAUTY, INC.'S COUNTERCLAIMS** |

It is hereby stipulated by and between the parties that Plaintiff Intuit Inc.'s time in which to respond to Defendant's counterclaims has been extended. Intuit Inc.'s responsive pleading will now be due on September 18, 2007.

It is further agreed that a fax or electronic signature shall be considered an original for purposes of this stipulation.

///

///

///

///

///

IT IS SO STIPULATED.

DATED: September 12, 2007                    MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: *Tiffany P. Scarborough*
Tiffany P. Scarborough
Attorney for Intuit Beauty, Inc.

DATED: September 12, 2007                    FENWICK & WEST LLP

By: /s/ Rachael G. Samberg
Rachael G. Samberg
Attorney for Intuit Inc.

## ELECTRONIC PROOF OF SERVICE

I, Tamara S. Neumann, declare as follows:

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to this action; my business address is 3640 American River Drive, Suite 150, Sacramento, California 95864, in said County and State. On 9/13/2007, pursuant to 28 U.S.C. §1746, I instituted service of the foregoing document described as:

**STIPULATION OF THE PARTIES TO EXTEND TIME FOR DEFENDANT INTUIT BEAUTY, INC. TO RESPOND TO PLAINTIFF INTUIT, INC.'S COMPLAINT**

on the following person(s) at the following address(es), by submitting an electronic version of the document(s) via file transfer protocol (FTP) through the upload feature at https://ecf.cand.uscourts.gov/cand. Service will be deemed effective as provided for pursuant to 28 U.S.C. §1746.

> Rodger R. Cole, Esq.
> Fenwick & West LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on 9/13/2007, at Sacramento, California.

By: _____
Tamara S. Neumann

-1-