(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
TIFFANY P. SCARBOROUGH (SB# 180981)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA 95864

Telephone: (916) 484-3501
Fax: (916) 484-3511

Attorneys for Defendant
Intuit Beauty, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>Defendant. | Case No. C07 03613 CRB<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME FOR PLAINTIFF INTUIT INC. TO RESPOND TO DEFENDANT INTUIT BEAUTY, INC.'S COUNTERCLAIMS** |

It is hereby stipulated by and between the parties that Plaintiff Intuit Inc.'s time in which to respond to Defendant's counterclaims has been extended. Intuit Inc.'s responsive pleading will now be due on September 18, 2007.

It is further agreed that a fax or electronic signature shall be considered an original for purposes of this stipulation.

///

///

///

///

///

STIPULATION OF THE PARTIES TO EXTEND TIME FOR PLAINTIFF INTUIT INC. TO RESPOND TO
DEFENDANT INTUIT BEAUTY, INC.'S COUNTERCLAIMS

IT IS SO STIPULATED.

DATED: September 12, 2007

MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: _____
Tiffany P. Scarborough
Attorney for Intuit Beauty, Inc.

DATED: September 12, 2007

FENWICK & WEST LLP

By: /s/ Rachael G. Samberg_____
Rachael G. Samberg
Attorney for Intuit Inc.

Sept. 14, 2007



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF THE PARTIES TO EXTEND TIME FOR PLAINTIFF INTUIT INC. TO RESPOND TO
DEFENDANT INTUIT BEAUTY, INC.'S COUNTERCLAIMS

Murphy, Campbell, Guthrie & Alliston