RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MARY E. MILIONIS (CSB No. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

RACHAEL G. SAMBERG (CSB No. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>              Defendant. | Case No.  C07 03613 CRB<br><br>**PLAINTIFF'S ADR CERTIFICATION BY PARTY AND COUNSEL** |

PLAINTIFF'S ADR CERTIFICATION
CASE NO. C07 03613 CRB

1

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:
3  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
4  of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
5  copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (ECF) under General Order 45);*
7  **(2)** Discussed the available dispute resolution options provided by the Court and private
8  entities; and
9  **(3)** Considered whether this case might benefit from any of the available dispute
10 resolution options.

12 Dated: October 5, 2007                INTUIT INC.

14                                       By:  /S/  Karen P. Anderson
15                                       Assistant General Counsel
16                                       INTUIT INC.

18 Dated: October 5, 2007                FENWICK & WEST LLP

20                                       By:   /S/  Rachael G. Samberg
                                              Rachael G. Samberg

                                         Attorneys for Plaintiff
22                                       INTUIT INC.

PLAINTIFF'S ADR CERTIFICATION
CASE NO. C07 03613 CRB                                                          2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rachael G. Samberg, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October, 2007, at San Francisco, California.

Dated: October 5, 2007                    FENWICK & WEST LLP


                                          By:  /S/ Rachael G. Samberg
                                               Rachael G. Samberg

                                               Attorneys for Plaintiff
                                               INTUIT INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW