(SPACE BELOW FOR FILING STAMP ONLY)

1  MARK A. CAMPBELL (SB# 93595)
   TIFFANY P. SCARBOROUGH (SB# 180981)
2  MURPHY, CAMPBELL, GUTHRIE & ALLISTON
   3640 American River Drive, Suite 150
3  Sacramento, CA  95864

4  Telephone: (916) 484-3501
   Fax: (916) 484-3511

5
   Attorneys for Defendant
6  Intuit Beauty, Inc.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | INTUIT INC., a Delaware Corporation,    | Case No. C07 03613 CRB
12 |                       Plaintiffs,       | **DEFENDANT'S ADR CERTIFICATION BY PARTY AND COUNSEL**
13 | vs.                                     |
14 | INTUIT BEAUTY, INC. a Nevada Corporation |
15 |                       Defendants.       |
16 |                                         |
17 | Related Counterclaims                   |

18
19      Pursuant to Civil L.R. (16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he
20 or she has:
21      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of*
22 *California"* on the Court's ADR Internet site www.adr.cand.uscourts.gove (*Limited printed copies*
23 *are available from the clerk's office for parties in cases not subject to the court's Electronic Case*
24 *Filing program (ECF) under General Order 45)*;
25      **(2)** Discussed available dispute resolution options provided by the Court and private entities;
26 and
27      **(3)** Considered whether this case might benefit from any of the available dispute resolution
28 options.

- 1 -

DEFENDANT'S ADR CERTIFICATION

- 2 -

DATED: October 5, 2007        INTUIT BEAUTY, INC.


                              By:  /S/ Jeannie Fernandez
                                   INTUIT BEAUTY, INC.


DATED: October 5, 2007        MURPHY, CAMPBELL, GUTHRIE & ALLISTON


                              By:  /S/ Tiffany P. Scarborough
                                   Tiffany P. Scarborough

- 2 -

DEFENDANT'S ADR CERTIFICATION

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Tiffany P. Scarborough, attest that concurrence in the filing of this document has been obtained from any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October, 2007, at Sacramento, California.

Dated: October 5, 2007                    Murphy, Campbell, Guthrie & Alliston


                                          By: /S/ Tiffany P. Scarborough
                                              Tiffany P. Scarborough
                                              Attorney for Defendant
                                              Intuit Beauty, Inc.

DEFENDANT'S ADR CERTIFICATION

# ELECTRONIC PROOF OF SERVICE

I, Tanya L. Gomes, declare as follows:

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to this action; my business address is 3640 American River Drive, Suite 150, Sacramento, California 95864, in said County and State. On 10/5/2007, pursuant to 28 U.S.C. §1746, I instituted service of the foregoing document described as:

**DEFENDANT'S ADR CERTIFICATION BY PARTY AND COUNSEL**

on the following person(s) at the following address(es), by submitting an electronic version of the document(s) via file transfer protocol (FTP) through the upload feature at https://ecf.cand.uscourts.gov/cand. Service will be deemed effective as provided for pursuant to 28 U.S.C. §1746.

> Rodger R. Cole, Esq.
> Fenwick & West LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on 10/5/2007, at Sacramento, California.

By: /s/ Tanya L. Gomes

Murphy, Campbell
Guthrie & Alliston

-1-