**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 26, 2007**

**C-07-03613** **CRB**

**INTUIT, INC** v. **INTUIT BEAUTY, INC.**

| Attorneys: | Rodger Cole | Tiffany Scarborough |
|---|---|---|
| | Rachael Samberg | |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                              **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

(X) Referred to **Magistrate Judge Joseph C. Spero** for: Settlement Conference

(X) CASE CONTINUED TO December 07, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                                        Type of Trial:  ( )Jury    ( )Court

Notes: