1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MARY E. MILIONIS (CSB No. 238827)
   mmilionis@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
6
   RACHAEL G. SAMBERG (CSB No. 223694)
7  rsamberg@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
10
   Attorneys for Plaintiff
11 INTUIT INC.

12 [Additional Counsel Listed On Signature Page]

13
14                       UNITED STATES DISTRICT COURT
15                      NORTHERN DISTRICT OF CALIFORNIA
16                            SAN FRANCISCO DIVISION
17

| 18 | INTUIT INC., a Delaware Corporation | Case No.  C07 03613 CRB |
|---|---|---|
| 19 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE AND TIME FOR SETTLEMENT CONFERENCE** |
| 20 | v. | |
| 21 | INTUIT BEAUTY, INC., a Nevada Corporation, | |
| 22 | Defendant. | |

23
24
25
26
27
28

JOINT STIPULATION
CASE NO. C07 03613 CRB                                                          1

1  WHEREAS, Plaintiff Intuit Inc. ("Intuit") and Defendant Intuit Beauty, Inc. ("Intuit Beauty") (collectively, the "Parties") appeared before the Court on October 26, 2007 for a Case Management Conference;

4  WHEREAS, at the Case Management Conference, the Court referred the matter to Magistrate Judge Spero for settlement purposes, ordered the Parties to conduct a Settlement Conference with Magistrate Judge Spero prior to December 7, 2007, and set another Case Management Conference for December 7, 2007 in the event that settlement is not reached;

8  WHEREAS, the Parties received a Notice of Settlement Conference scheduling a Settlement Conference for November 19, 2007, but the Parties are both unavailable on November 19, 2007 and on remaining dates in November prior to the December 7, 2007 Case Management Conference;

12  WHEREAS, the Parties are cooperating to jointly notify Magistrate Judge Spero of their scheduling conflicts;

14  WHEREAS, the Parties are also engaging in good faith discussions regarding available dates for a Settlement Conference in late December of 2007 and January of 2008;

16  ACCORDINGLY, the Parties, by and through their counsel of record, all subject to the approval of this Court, hereby stipulate as follows:

18  The Case Management Conference scheduled for December 7, 2007 shall be reset to **February 1, 2008**, or as soon thereafter as the Court may hold one. The Parties shall have until the date of the rescheduled Case Management Conference to conduct a Settlement Conference with Magistrate Judge Spero.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

JOINT STIPULATION
CASE NO. C07 03613 CRB

2

| | | |
|---|---|---|
| 1 | Dated: November 2, 2007 | FENWICK & WEST LLP |
| 3 | | By  /s/ Rachael G. Samberg |
| 4 | | Rachael G. Samberg |
| 5 | | Attorneys for Plaintiff<br>INTUIT INC. |
| 6 | Dated: November 2, 2007 | MURPHY, CAMPBELL, GUTHRIE & ALLISTON |
| 8 | | By  /s/ Tiffany P. Scarborough |
| 9 | | Tiffany P. Scarborough |
| 10 | | Attorneys for Defendant<br>INTUIT BEAUTY, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____

Hon. Charles R. Breyer

District Court Judge

16319/40028/SF/5214881.1