# FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

November 5, 2007

RACHAEL G. SAMBERG

EMAIL RSAMBERG@FENWICK.COM
DIRECT DIAL (415) 875-2330

**BY HAND DELIVERY AND E-FILING**

Magistrate Judge Joseph C. Spero
Courtroom A, 15th Floor
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Intuit Inc. v. Intuit Beauty, Inc.*
      Case No. C07 03613 CRB

Dear Judge Spero:

This firm represents Plaintiff Intuit Inc. ("Intuit") in the above-referenced matter, referred to you by Judge Breyer for purposes of a conducting a Settlement Conference. I write jointly on behalf of Plaintiff and Defendant Intuit Beauty, Inc. ("Intuit Beauty") (collectively, the "Parties") regarding that Settlement Conference, which has been noticed for November 19, 2007. Unfortunately, neither Intuit nor Intuit Beauty is available on that date, and the Parties respectfully request to have the Settlement Conference rescheduled as set forth below.

The parties have conferred in good faith regarding their scheduling conflicts and dates of availability for a rescheduled Settlement Conference, and wish to let Your Honor know of our respective schedules.

- One of the two company representatives of Intuit who is needed for the Settlement Conference is having a medical procedure on November 16, and is out for the remainder of November after the 16th.

- Intuit Beauty has scheduling conflicts on dates prior to November 16.

- Counsel for both parties have trial and trial preparation conflicts throughout the first three weeks of December.

After conferring in good faith, the Parties have determined that they are each available for the Settlement Conference on various dates in January, including: January 25, 11, and 29. To that end, we have also enclosed a Joint Stipulation filed on November 2 requesting that Judge Breyer extend the time by which the Parties may conduct the Settlement Conference to accommodate these January dates.

Magistrate Judge Joseph C. Spero
November 5, 2007
Page 2

      We respectfully request that Your Honor will reset the Settlement Conference for one of the January 25, 11, or 29 dates, or that we be advised as to Your Honor's availability on other dates in January. We also respectfully request that the schedule for the Parties' exchange and submission of Settlement Conference statements and settlement offers/responses be based on the rescheduled conference date.

      If you would like to have a joint call with the parties to discuss any of these issues, please let us know. I can be reached at (415) 875-2330, and Tiffany Scarborough, counsel for Intuit Beauty, can be reached at (916) 484-3501 to set up such a call.

      Sincerely,

      *Rachael Samberg*

      Rachael G. Samberg

Encl.

cc:    Tiffany P. Scarborough, counsel for Intuit Beauty, Inc. (via e-mail)

16319/40028/SF/5215000.3