1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MARY E. MILIONIS (CSB No. 238827)
   mmilionis@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   RACHAEL G. SAMBERG (CSB No. 223694)
7  rsamberg@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
10
   Attorneys for Plaintiff
11 INTUIT INC.

12 [Additional Counsel Listed On Signature Page]

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17

18 INTUIT INC., a Delaware Corporation        Case No.  C07 03613 CRB

19              Plaintiff,                     **JOINT STIPULATION AND [PROPOSED]
                                               ORDER EXTENDING CASE
20        v.                                   MANAGEMENT CONFERENCE AND
                                               TIME FOR SETTLEMENT
21 INTUIT BEAUTY, INC., a Nevada               CONFERENCE**
   Corporation,
22
              Defendant.
23

24

25

26

27

28

JOINT STIPULATION
CASE NO. C07 03613 CRB                                                      1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    WHEREAS, Plaintiff Intuit Inc. ("Intuit") and Defendant Intuit Beauty, Inc. ("Intuit

2 Beauty") (collectively, the "Parties") appeared before the Court on October 26, 2007 for a Case

3 Management Conference;

4    WHEREAS, at the Case Management Conference, the Court referred the matter to

5 Magistrate Judge Spero for settlement purposes, ordered the Parties to conduct a Settlement

6 Conference with Magistrate Judge Spero prior to December 7, 2007, and set another Case

7 Management Conference for December 7, 2007 in the event that settlement is not reached;

8    WHEREAS, the Parties received a Notice of Settlement Conference scheduling a

9 Settlement Conference for November 19, 2007, but the Parties are both unavailable on November

10 19, 2007 and on remaining dates in November prior to the December 7, 2007 Case Management

11 Conference;

12    WHEREAS, the Parties are cooperating to jointly notify Magistrate Judge Spero of their

13 scheduling conflicts;

14    WHEREAS, the Parties are also engaging in good faith discussions regarding available

15 dates for a Settlement Conference in late December of 2007 and January of 2008;

16    ACCORDINGLY, the Parties, by and through their counsel of record, all subject to the

17 approval of this Court, hereby stipulate as follows:

18    The Case Management Conference scheduled for December 7, 2007 shall be reset to

19 **February 1, 2008**, or as soon thereafter as the Court may hold one. The Parties shall have until

20 the date of the rescheduled Case Management Conference to conduct a Settlement Conference

21 with Magistrate Judge Spero.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

JOINT STIPULATION
CASE NO. C07 03613 CRB

2

Dated: November 2, 2007                    FENWICK & WEST LLP


                                           By    /s/  Rachael G. Samberg
                                                Rachael G. Samberg

                                           Attorneys for Plaintiff
                                           INTUIT INC.

Dated: November 2, 2007                    MURPHY, CAMPBELL, GUTHRIE &
                                           ALLISTON


                                           By    /s/  Tiffany P. Scarborough
                                                Tiffany P. Scarborough

                                           Attorneys for Defendant
                                           INTUIT BEAUTY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


                                           _____

                                                Hon. Charles R. Breyer

                                                District Court Judge

16319/40028/SF/5214881.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION
CASE NO. C07 03613 CRB

3