RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MARY E. MILIONIS (CSB No. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

RACHAEL G. SAMBERG (CSB No. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Plaintiff
INTUIT INC.

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | Case No.  C07 03613 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE AND TIME FOR SETTLEMENT CONFERENCE** |

1  WHEREAS, Plaintiff Intuit Inc. ("Intuit") and Defendant Intuit Beauty, Inc. ("Intuit Beauty") (collectively, the "Parties") appeared before the Court on October 26, 2007 for a Case Management Conference;

4  WHEREAS, at the Case Management Conference, the Court referred the matter to Magistrate Judge Spero for settlement purposes, ordered the Parties to conduct a Settlement Conference with Magistrate Judge Spero prior to December 7, 2007, and set another Case Management Conference for December 7, 2007 in the event that settlement is not reached;

8  WHEREAS, the Parties received a Notice of Settlement Conference scheduling a Settlement Conference for November 19, 2007, but the Parties are both unavailable on November 19, 2007 and on remaining dates in November prior to the December 7, 2007 Case Management Conference;

12  WHEREAS, the Parties are cooperating to jointly notify Magistrate Judge Spero of their scheduling conflicts;

14  WHEREAS, the Parties are also engaging in good faith discussions regarding available dates for a Settlement Conference in late December of 2007 and January of 2008;

16  ACCORDINGLY, the Parties, by and through their counsel of record, all subject to the approval of this Court, hereby stipulate as follows:

18  The Case Management Conference scheduled for December 7, 2007 shall be reset to **February 1, 2008**, or as soon thereafter as the Court may hold one.  The Parties shall have until the date of the rescheduled Case Management Conference to conduct a Settlement Conference with Magistrate Judge Spero.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

JOINT STIPULATION
CASE NO. C07 03613 CRB

2

Dated: November 2, 2007    FENWICK & WEST LLP

By    /s/  Rachael G. Samberg
Rachael G. Samberg

Attorneys for Plaintiff
INTUIT INC.

Dated: November 2, 2007    MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By    /s/  Tiffany P. Scarborough
Tiffany P. Scarborough

Attorneys for Defendant
INTUIT BEAUTY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Signed : November 5, 2007

Hon. Charles R. Breyer
District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

16319/40028/SF/5214881.1

JOINT STIPULATION
CASE NO. C07 03613 CRB