UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC., | No. C-07-03613 CRB (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| INTUIT BEAUTY, INC., | **(E-FILING CASE)** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the joint request of counsel and pursuant to the Joint Stipulation and Order Extending Case Management Conference and Time for Settlement Conference [Docket No. 21], the Settlement Conference previously scheduled for November 19, 2007, at 9:30 a.m., has been continued until **January 10, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

**On or before December 27, 2007**, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement.  This Statement should not be electronically filed and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference.  All other provisions of the Court's October 29, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: November 6, 2007                                    RICHARD W. WIEKING, CLERK

                                                                                    By: /s/ Mary A. Macudzinski-Gomez
                                                                                           Deputy Clerk