(SPACE BELOW FOR FILING STAMP ONLY)

1  MARK A. CAMPBELL (SB# 93595)
   TIFFANY P. SCARBOROUGH (SB#180981)
2  MURPHY, CAMPBELL, GUTHRIE & ALLISTON
   3640 American River Drive, Suite 150
3  Sacramento, CA  95864

4  Telephone: (916) 484-3500
   Fax: (916) 484-3510

5  Attorneys for Defendant
6  Intuit Beauty, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUIT INC. a Delaware Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> INTUIT BEAUTY, INC., a Nevada Corporation, <br><br> Defendant. | Case No. C07 03613 CRB <br><br> **NOTICE OF CHANGE OF ADDRESS** <br> (Cal.Rule of Court, rule 2.200) |

**Please take notice** that, as of **December 1, 2007**, the law firm of MURPHY, CAMPBELL, GUTHRIE & ALLISTON, counsel for Defendant, Intuit Beauty, Inc., will **change its address** for service of notices and documents in the above-captioned action.

The **new address** of MURPHY, CAMPBELL, GUTHRIE & ALLISTON is as follows:

MURPHY, CAMPBELL, GUTHRIE & ALLISTON
8801 Folsom Blvd., Suite 230
Sacramento, CA  95826
Telephone (remains the same): (916) 484-3501
Fax number (remains the same): (916) 484-3511
Web site: www.MurphyCampbell.com

///

///

- 1 -

NOTICE OF CHANGE OF ADDRESS

**All notices and documents** regarding the action should be sent to the above address.

DATED: November 20, 2007          MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                               By: _____
                                   Mark A. Campbell
                                   Tiffany P. Scarborough
                                   Attorney for Defendant, Intuit Beauty, Inc.

R:\docs\Cases\Intuit Inc. v. Intuit Beauty, Inc\Pleadings\Notice of Change of Address.doc

# DECLARATION OF SERVICE

I, Christina M. Kloiber, declare as follows:

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to this action; my business address is 3640 American River Drive, Suite 150, Sacramento, California 95864, in said County and State. On 11/28/2007, I served:

## NOTICE OF CHANGE OF ADDRESS

on the following person(s) at the following address(es), in the manner indicated below:

| | |
|---|---|
| Rachel G. Samberg<br>rsamberg@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 | Rodger R. Cole, Esq.<br>rcole@fenwick.com<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 |

[√] **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses shown above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, CA.

[ ] **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers shown above. No error was reported by the fax machine that I used.

[ ] **BY PERSONAL SERVICE:** I personally delivered the documents to the persons at the addresses shown above. (1) For a party represented by any attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

[ ] **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on 11/28/2007, at Sacramento, California.

By: _____
Christina M. Kloiber