# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.:** C07-3613 CRB (JCS)

**CASE NAME:** Intuit, Inc. v. Intuit Beauty, Inc.

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY:** Karen Hom

**DATE:** Jan. 10, 2008   **TIME:** 4 hrs   **COURT REPORTER:** Debra Pas

**COUNSEL FOR PLAINTIFF:**   **COUNSEL FOR DEFENDANT:**

Rodger R. Cole   Tiffany P. Scarborough

## PROCEEDINGS

X   SETTLEMENT CONFERENCE   ☐ FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

☐   TELEPHONIC CONFERENCE RE:

☐   OTHER:

CASE CONTINUED TO:                          FOR

NOTES:

Case settled. Confidential settlement placed on the record.

cc:   Chambers, Barbara