1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MARY E. MILIONIS (CSB No. 238827)
   mmilionis@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
7  RACHAEL G. SAMBERG (CSB No. 223694)
   rsamberg@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10
   Attorneys for Plaintiff
11 INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation, | Case No. C07 03613 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |
| v. | |
| INTUIT BEAUTY, INC., a Nevada Corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                                                      -1-
CASE NO. C07 03613 CRB

Pursuant to the Parties' settlement agreement, Intuit Inc., on the one hand, and Intuit Beauty, Inc. on the other, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  February 19, 2008            FENWICK & WEST LLP


                                     By:    /S/ RODGER R. COLE
                                            Rodger R. Cole

                                     Attorneys for Plaintiff
                                     INTUIT INC.


Dated:  February 19, 2008            MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                                     By:    /S/ TIFFANY P. SCARBOROUGH
                                            Tiffany P. Scarborough

                                     Attorneys for Defendant
                                     Intuit Beauty, Inc.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rachael G. Samberg, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

/ / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                    -2-
CASE NO. C07 03613 CRB

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February, 2008 at San Francisco, California.

Dated: February 19, 2008              FENWICK & WEST LLP


                                      By: /S/ RACHAEL G. SAMBERG
                                          Rachael Samberg

                                      Attorneys for Plaintiff
                                      INTUIT INC.


**[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**

The parties having so stipulated, IT IS ORDERED that all claims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____          _____

                                      Honorable Stephen R. Breyer