1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MARY E. MILIONIS (CSB No. 238827)
    mmilionis@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
6
    RACHAEL G. SAMBERG (CSB No. 223694)
7   rsamberg@fenwick.com
    FENWICK & WEST LLP
8   555 California Street, 12th Floor
    San Francisco, CA  94104
9   Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350
10
    Attorneys for Plaintiff
11  INTUIT INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16  INTUIT INC., a Delaware Corporation,       Case No. C07 03613 CRB

17                    Plaintiff,               **STIPULATION AND [PROPOSED] ORDER
                                               FOR DISMISSAL PURSUANT TO F.R.C.P.**
18        v.                                   **41(a)(1)**

19  INTUIT BEAUTY, INC., a Nevada
    Corporation,
20
                      Defendant.
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                              -1-
CASE NO. C07 03613 CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2          Pursuant to the Parties' settlement agreement, Intuit Inc., on the one hand, and Intuit

3    Beauty, Inc. on the other, by and through their respective counsel, hereby stipulate and agree

4    pursuant to Fed. R. Civ. P. 41(a)(1) that all claims in this action are hereby dismissed with

5    prejudice, with each party to bear its own costs and attorneys' fees.

6

7    Dated:  February 19, 2008              FENWICK & WEST LLP

8

9                                          By:    /S/ RODGER R. COLE

10                                                Rodger R. Cole

11                                         Attorneys for Plaintiff
                                           INTUIT INC.
12

13

14   Dated:  February 19, 2008              MURPHY, CAMPBELL, GUTHRIE &
                                           ALLISTON
15

16                                         By:    /S/ TIFFANY P. SCARBOROUGH
                                                  Tiffany P. Scarborough
17
                                           Attorneys for Defendant
18                                         Intuit Beauty, Inc.

19

20

21            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

22          I, Rachael G. Samberg, attest that concurrence in the filing of this document has been

23   obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed

24   document.

25

26   / / /

27   / / /

28   / / /

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                              -2-
CASE NO. C07 03613 CRB

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed this 19th day of February, 2008 at San Francisco,

3    California.

4

5    Dated: February 19, 2008                    FENWICK & WEST LLP

6

7                                               By:  /S/   RACHAEL G. SAMBERG
                                                      Rachael Samberg
8
                                                Attorneys for Plaintiff
9                                               INTUIT INC.

10

11

12              **[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**

13
          The parties having so stipulated, IT IS ORDERED that all claims in the action are hereby
14
     dismissed with prejudice, with each party to bear its own costs and attorneys' fees.
15

16
     IT IS SO ORDERED.
17
     Dated: _____        _____
18
                                                Honorable Stephen R. Breyer
19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW