RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MARY E. MILIONIS (CSB No. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

RACHAEL G. SAMBERG (CSB No. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
INTUIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTUIT BEAUTY, INC., a Nevada Corporation,<br><br>　　　　　　Defendant. | Case No. C07 03613 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

Pursuant to the Parties' settlement agreement, Intuit Inc., on the one hand, and Intuit Beauty, Inc. on the other, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  February 19, 2008                FENWICK & WEST LLP


By:   /S/ RODGER R. COLE
          Rodger R. Cole

Attorneys for Plaintiff
INTUIT INC.


Dated:  February 19, 2008                MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By:   /S/ TIFFANY P. SCARBOROUGH
          Tiffany P. Scarborough

Attorneys for Defendant
Intuit Beauty, Inc.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rachael G. Samberg, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                                         -2-
CASE NO. C07 03613 CRB

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February, 2008 at San Francisco, California.

Dated: February 19, 2008                        FENWICK & WEST LLP

By: /S/   RACHAEL G. SAMBERG
    Rachael Samberg

Attorneys for Plaintiff
INTUIT INC.

# ~~[PROPOSED]~~ ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that all claims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __February 20, 2008____          _____
                                         Honorable



STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL
CASE NO. C07 03613 CRB

-3-